THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* QUINTIN WALLACE, Defendant-Appellant.

(No. 12403; ▮▮▮▮▮▮▮▮▮▮▮▮

Fourth District—November 6, 1974.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE CRAVEN.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

John F. McNichols, of State Appellate Defender's Office, of Springfield, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield (James W. Jerz and Robert L. Berkover, both of Model District State's Attorneys Office, of counsel), for the People.